UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOE FRANTATORO, et al., | Civil Action No. 23-53 (WJM) (MAH) |
| Plaintiffs, |  |
| v. | ORDER |
| REY E. GRABATO II, et al., |  |
| Defendants. |  |

This matter having come before the Court on the United States' motion to intervene and for a stay pending the conclusion of criminal proceedings in *United States v. Thomas Nicholas Salzano, a/k/a "Nick Salzano," and Rey E. Grabato, II*, No. 22-CR-690 (EP), D.E. 27;

and the Court having considered the instant motion without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1;

and for the reasons set forth in an Opinion filed on this date;

and for good cause shown;

**IT IS on this 30th day of August 2023**,

**ORDERED** that the United States' motion to intervene under Federal Rule of Civil Procedure 24, is **granted**; and it is further

**ORDERED** that the United States' motion to stay the civil proceedings pending resolution of the criminal charges in *United States v. Thomas Nicholas Salzano, a/k/a "Nick Salzano," and Rey E. Grabato, II*, No. 22-CR-690 (EP) is **granted** without prejudice to the right of any party in the civil proceedings to move to lift or modify the stay due to a change in circumstances; and it is further

**ORDERED** that on or before **December 31, 2023**, the parties will submit a joint status report to the Court, to allow the Court to determine whether the stay should be revisited.

*s/ Michael A. Hammer*_____
**United States Magistrate Judge**
