UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOE FRATANTORO, et al.,

    Plaintiffs,

    v.

REY E. GRABATO II, et al.,

    Defendants.

Civil Action No. 2:23-cv-00053

### ORDER ON STIPULATION AND CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, having filed a request for voluntary dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 41(a)(2)), and the court being fully advised;

IT IS ORDERED that the above action is dismissed, without prejudice and without costs.

DATED: February 26, 2025

_____
United States District Judge